# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard Lee Poorman<br>      Kristin Anne Poorman f/k/a Kristin Anne Lesniak<br>                 Debtor(s) | BK NO. 19-04674 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                  Respectfully submitted,

                                      /s/ **Brian C. Nicholas, Esq.**
                                      Brian Nicholas
                                      12 Oct 2022, 15:11:20, EDT

                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      215-627-1322