Fill in this information to identify the Fill in this information to identify the case:

Debtor 1   Richard Lee Poorman

Debtor 2   Kristin Anne Poorman f/k/a Kristin Anne Lesniak

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   19-04674 HWV

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC

**Court claim no.** (if known): 28

**Last 4 digits** of any number you use to identify the debtor's account: 6158

**Date of payment change:**
Must be at least 21 days after date of this notice       12/01/2022

**New total payment:**       $1549.86
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $596.29        **New escrow payment:** $602.51

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%        **New interest rate:** _____%

   **Current principal and interest payment:** $_____        **New principal and interest payment:** $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____        **New mortgage payment:** $_____

Official Form 410S1        Notice of Mortgage Payment Change        page 1

Case 1:19-bk-04674-HWV   Doc    Filed 10/21/22   Entered 10/21/22 13:29:28   Desc
Document ID: 45ab8a44e5ca6095622cb3dd99a95ace20ac6be3304eb58859a807bbf4d8be4b
                    Main Document      Page 1 of 2

| Debtor(s) | Richard Lee Poorman, Kristin Anne Poorman | Case number (*if known*) 19-04674 HWV |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Denise Carlon*    Date   10/13/2022
Signature
Print: Denise Carlon
13 Oct 2022, 16:54:58, EDT

Title   Attorney for Creditor

Company   KML Law Group, P.C.

Address   701       Market Street, Suite 5000
          Number    Street
          Philadelphia,                PA    19106
          City                         State  ZIP Code

Contact phone  (215) 627–1322       Email  bkgroup@kmllawgroup.com

Official Form 410S1                **Notice of Mortgage Payment Change**                page 2

Case 1:19-bk-04674-HWV   Doc   Filed 10/21/22   Entered 10/21/22 13:29:28   Desc
Document ID: 45ab8a44e5ca6095622cb3dd99a95ace20ac6be3304eb58859a897bbf4d8be4b
Main Document    Page 2 of 2