IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kristin Anne Poorman f/k/a Kristin Anne Lesniak<br>Richard Lee Poorman<br>                    Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>                    Movant<br>              vs.<br><br>Kristin Anne Poorman f/k/a Kristin Anne Lesniak<br>Richard Lee Poorman<br>                  Debtor(s)<br><br>Jack N. Zaharopoulos,<br>                  Trustee | BK NO. 19-04674 HWV<br><br>Chapter 13<br><br>Related to Claim No. 28 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 21, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Kristin Anne Poorman f/k/a Kristin Anne Lesniak
4036 Silver Charm Court
Harrisburg, PA 17112

Richard Lee Poorman
4036 Silver Charm Court
Harrisburg, PA 17112

Attorney for Debtor(s)
Paul Donald Murphy-Ahles, Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: October 21, 2022

                                                              **/s/Denise Carlon Esquire**
                                                              Denise Carlon Esquire
                                                              KML Law Group, P.C.
                                                              BNY Mellon Independence Center
                                                              701 Market Street, Suite 5000
                                                              Philadelphia, PA 19106
                                                              201-549-2363
                                                              dcarlon@kmllawgroup.com